IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00223-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ALL FUNDS HELD IN PARTNER CREDIT UNION BANK ACCOUNT #124802-80, IN THE NAME OF 134136 YUMA HOLDINGS, LLC;
2. ALL FUNDS HELD IN PARTNER COLORADO CREDIT UNION BANK ACCOUNT #124899-80, IN THE NAME OF ACOMA PROPERTY PARTNERS, LLC;
3. ALL FUNDS HELD IN PARTNER COLORADO CREDIT UNION BANK ACCOUNT #124902-80, IN THE NAME OF TEJON PROPERTY PARTNERS, LLC;
4. ALL FUNDS HELD IN PARTNER COLORADO CREDIT UNION BANK ACCOUNT #114926-80, IN THE NAME OF AJS HOLDINGS LLC;
5. ALL FUNDS HELD IN PARTNER COLORADO CREDIT UNION BANK ACCOUNT #127688-80, IN THE NAME OF AJS CA MGMT LLC;
6. ALL FUNDS HELD IN PARTNER COLORADO CREDIT UNION BANK ACCOUNT #115797-01, IN THE NAME OF CHRISTIAN JOHNSON;
7. ALL FUNDS HELD IN PARTNER COLORADO CREDIT UNION BANK ACCOUNT #115797-80, IN THE NAME OF CHRISTIAN JOHNSON;
8. ALL FUNDS HELD IN PARTNER COLORADO CREDIT UNION BANK ACCOUNT #115591-80, IN THE NAME OF 4400 HOLDINGS, LLC;
9. $51,966.00 IN U.S. CURRENCY LOCATED AT 1475 S. ACOMA STREET, DENVER, CO;
10. $18,162.73 IN U.S. CURRENCY LOCATED AT 2647 WEST 38TH AVENUE, DENVER, CO;
11. $25,189.10 IN U.S. CURRENCY SEIZED FROM BLUE LINE, THAT WAS HELD ON BEHALF OF 2647 WEST 38th AVENUE, DENVER, CO;
12. $14,215.01 IN U.S. CURRENCY LOCATED AT 5100 WEST 38TH AVENUE, DENVER, CO;
13. $25,944.52 IN U.S. CURRENCY SEIZED FROM BLUE LINE, THAT WAS HELD ON BEHALF OF 5100 WEST 38th AVENUE, DENVER, CO;
14. $51,524.96 IN U.S. CURRENCY LOCATED AT 4400 EAST EVANS AVENUE, DENVER, CO;
15. $75,783.97 IN U.S. CURRENCY SEIZED FROM BLUE LINE, THAT WAS HELD

ON BEHALF OF 4400 EAST EVANS AVENUE, DENVER, CO;
16. $14,627.81 IN U.S. CURRENCY LOCATED AT 2609 WALNUT STREET, DENVER, CO;
17. $25,540.73 IN U.S. CURRENCY SEIZED FROM BLUE LINE, THAT WAS HELD ON BEHALF OF 2609 WALNUT STREET, DENVER, CO;
18. $10,798.01 IN U.S. CURRENCY LOCATED AT 4125 NORTH ELATI STREET, DENVER, CO;
19. $14,863.91 IN U.S. CURRENCY SEIZED FROM BLUE LINE, THAT WAS HELD ON BEHALF OF 4125 NORTH ELATI STREET, DENVER, CO;
20. $14,065.76 IN U.S. CURRENCY LOCATED AT 7200 EAST SMITH ROAD, DENVER, CO;
21. $20,040.51 IN U.S. CURRENCY SEIZED FROM BLUE LINE, THAT WAS HELD ON BEHALF OF 7200 EAST SMITH ROAD, DENVER, CO;
22. $22,064.00 IN U.S. CURRENCY LOCATED AT 15200 EAST 6TH AVENUE, DENVER, CO;
23. $38.306.91 IN U.S. CURRENCY SEIZED FROM BLUE LINE, THAT WAS HELD ON BEHALF OF 15200 EAST 6th AVENUE, DENVER, CO;
24. $30,356.29 IN U.S. CURRENCY SEIZED FROM BLUE LINE, THAT WAS HELD ON BEHALF OF 9462 FEDERAL BOULEVARD, DENVER, CO;
25. $13,682.10 IN U.S. CURRENCY SEIZED FROM BLUE LINE, THAT WAS HELD ON BEHALF OF 468 SOUTH FEDERAL, DENVER, CO;
26. $47,464.92 IN U.S. CURRENCY SEIZED FROM BLUE LINE, THAT WAS HELD ON BEHALF OF TEJON PROPERY PARTNERS;

Defendants.

___

**FINAL ORDER OF FORFEITURE**
___

THIS MATTER comes before the Court on the *United States' Motion for Final Order of Forfeiture*, the Court having reviewed said Motion FINDS that:

1. The United States commenced this civil forfeiture action, pursuant to 21 U.S.C. § 881, 18 U.S.C. § 981(a)(1)(A). (Doc. 1);

2. The facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the defendant assets;

3. All known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  (Docs. 9, 13, 14, and 15);

4. Pursuant to the parties settlement agreements, the United States shall remit:

    a. $29,174.70 of defendant All Funds Held in Partner Colorado Credit Union Bank Account #114926-80, in the Name of AJS Holdings LLC to PCCU; and

    b. $425,000.00 of defendant All Funds Held in Partner Colorado Credit Union Bank Account #114926-80, in the Name of AJS Holdings to the Receiver.

5. All other assets are to be forfeited to the United States, including all remaining funds held in Partner Colorado Credit Union Bank account #114926-80, in the name of AJS Holdings LLC, totaling approximately $1,660,747.42.

6. No other claims to the defendant assets have been filed;

IT IS THEREFORE ORDERED that:

1. The United States shall have full and legal title to the following defendant assets and may dispose of the assets in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreements:

    a. All funds held in Partner Colorado Credit Union Bank account #124802-80, in the name of 134136 Yuma Holdings, LLC;

    b. All funds held in Partner Colorado Credit Union Bank account #124899-80, in the name of Acoma Property Partners, LLC;

    c. All funds held in Partner Colorado Credit Union Bank account #124902-80, in the name of Tejon Property Partners, LLC;

    d. All remaining funds held in Partner Colorado Credit Union Bank account #114926-80, in the name of AJS Holdings LLC, totaling approximately $1,660,747.42;

    e. All funds held in Partner Colorado Credit Union Bank account #127688-80, in the name of AJS CA MGMT LLC;

    f. All funds held in Partner Colorado Credit Union Bank account #115797-01, in the name of Christian Johnson;

    g. All funds held in Partner Colorado Credit Union Bank account #115797-80, in the name of Christian Johnson;

    h. All funds held in partner Colorado Credit Union Bank account #115591-80, in the name of 4400 Holdings, LLC;

    i. $51,966.00 in U.S. currency located at 1475 S. Acoma Street, Denver, CO;

    j. $18,162.73 in U.S. currency located at 2647 West 38th Avenue, Denver, CO;

    k. $25,189.10 in U.S. currency seized from Blue Line, that was held on behalf of 2647 West 38th Avenue, Denver, CO;

    l. $14,215.01 in U.S. currency located at 5100 west 38th avenue, Denver, CO;

    m. $25,944.52 in U.S. currency seized from Blue Line, that was held on behalf of 5100 West 38th Avenue, Denver, CO;

    n. $51,524.96 in U.S. currency located at 4400 East Evans Avenue, Denver, CO;

    o. $75,783.97 in U.S. currency seized from Blue Line, that was held on behalf of 4400 East Evans Avenue, Denver, CO;

    p. $14,627.81 in U.S. currency located at 2609 Walnut Street, Denver, CO;

      q. $25,540.73 in U.S. currency seized from Blue Line, that was held on behalf of 2609 Walnut Street, Denver, CO;

      r. $10,798.01 in U.S. currency located at 4125 North Elati Street, Denver, CO;

      s. $14,863.91 in U.S. currency seized from Blue Line, that was held on behalf of 4125 North Elati Street, Denver, CO;

      t. $14,065.76 in U.S. currency located at 7200 East Smith Road, Denver, CO;

      u. $20,040.51 in U.S. currency seized from Blue Line, that was held on behalf of 7200 East Smith Road, Denver, CO;

      v. $22,064.00 in U.S. currency located at 15200 east 6th Avenue, Denver, CO;

      w. $38.306.91 in U.S. currency seized from Blue Line, that was held on behalf of 15200 East 6th Avenue, Denver, CO;

      x. $30,356.29 in U.S. currency seized from Blue Line, that was held on behalf of 9462 Federal Boulevard, Denver, CO;

      y. $13,682.10 in U.S. currency seized from Blue Line, that was held on behalf of 468 South Federal, Denver, CO; and

      z. $47,464.92 in U.S. currency seized from Blue Line, that was held on behalf of Tejon Property Partners.

2. The Clerk of the Court is directed to enter Judgment; and

3. A Certificate of Reasonable Cause, which this Order constitutes, is granted as to the defendant asset, pursuant to 28 U.S.C. § 2465.

SO ORDERED this 27th day of April, 2020.

BY THE COURT:

_____

R. BROOKE JACKSON
United States District Court Judge